MINNIE HOROWITZ et al., Respondents, v. BAY TERRACE COOPERATIVE SECTION X, INC., Appellant.—

954

Hopkins, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.